No. 6057. WILSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 6059. SILVERTHORNE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6063. THOMAS, AKA TOOHEY *v.* NITZE, SECRETARY OF THE NAVY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 6065. BORK *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 6066. MASSIMO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 6067. TYCZKOWSKI *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 6070. MIXEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 6072. LOGAN *v.* CASSCLES, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 6078. GILBOY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 6079. ENGEL *v.* CITY OF MADISON, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 6086. HOLMES *v.* ZELKER, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 6092. ROBINSON *v.* McMANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 6093. WARBURTON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 6094. THOMAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.